COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-147-CV

IN RE JAMES JOHNSON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and writ of prohibition and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and writ of prohibition are denied.

PER CURIAM

PANEL B: GARDNER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  May 2, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.